JONATHAN M. GORDON (State Bar No. 82202)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
jonathan.gordon@alston.com

JOHNATHAN E. MANSFIELD (State Bar No. 214848)
Jmansfield@schwabe.com
MICHAEL A. COHEN (admitted *pro hac vice*)
Mcohen@schwabe.com
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 S.W. Fifth Avenue, Suite 1500-2000
Portland, Oregon 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900

Attorneys for Defendants
**MOUNTAIN HARDWEAR, INC.; and BACKCOUNTRY.COM, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSM RESOURCES CORP., a Nevada corporation; and ZANE B. MURDOCK, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>MOUNTAIN HARDWEAR, INC., a Utah corporation; and BACKCOUNTRY.COM, INC., a Utah corporation,<br><br>    Defendants. | Case No. CV09-7386-DMG (JEMx)<br><br><br><br>FINAL JUDGMENT |

On August 26, 2010, this Court granted the motion of Defendants Mountain Hardwear, Inc. and Backcountry.com, Inc. to dismiss Plaintiff Zane Murdock's Second Amended Complaint without leave to amend.  [Doc. # 73]

Accordingly, this action shall be and hereby is dismissed with prejudice. Defendants shall be awarded taxable costs.

IT IS SO ORDERED.

DATED:  August 31, 2010

_____
Honorable Dolly M. Gee
United States District Judge